UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|                          |   |                  |
|--------------------------|---|------------------|
| LINDA SUE SMITH,         | : | NO. 1:10-CV-923  |
| Plaintiff,               | : |                  |
| vs.                      | : | **ORDER**        |
| COMMISSIONER OF SOCIAL SECURITY, | : |          |
| Defendant.               | : |                  |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 16), to which there were no objections.

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 16) in all respects, DECLINES to remand this matter under Sentence Six of

Section 405(g) for consideration of new evidence, and AFFIRMS the decision of the Commissioner denying Plaintiff's applications for DIB and SSI.

SO ORDERED.

DATED: January 11, 2012  /s/ S. Arthur Spiegel
                         S. Arthur Spiegel
                         United States Senior District Judge